UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HILLS CONSERVATION NETWORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-01057-LB<br><br>**ORDER REGARDING JOINT APPENDIX** |
| SPRAWLDEF, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-02331-LB<br><br>**ORDER REGARDING JOINT APPENDIX** |

At the case management conferences held on August 27, 2015 in the two above-captioned related cases, the court directed the parties to confer about the interplay between ADR and the briefing schedule. The court also mentioned strategies that it used previously to address large administrative records. For example, in another case involving the federal government, the parties submitted a 17-box administrative record. In order to simplify judicial review, the court ordered the parties to cooperatively prepare and lodge two copies of a joint appendix of the administrative record containing those documents the parties cite directly. The court directed that the appendix

ORDER (No. 3:15-cv-01057-LB)

consist of one or more three-ring binders containing all of (and only) the relevant documents organized sequentially by bates number. Among the other guidelines were these:

> If a party cites just one page of a document, the appendix should contain the entire document in most cases. If the entire document is particularly large, the appendix should contain the relevant section(s). As a general rule, the parties must print on both sides of the page. Knowing the court's preference, the parties may use their discretion to print on only one side of the page where it makes sense, e.g. document breaks. The parties must lodge a CD, DVD, or thumb drive containing a single, full-text searchable .pdf file (or .pdf binder) of the joint appendix. The printed and electronic copies of the appendix must be lodged no later than ____.

The court asks the parties to devise a similar approach here.

**IT IS SO ORDERED.**

Dated: August 28, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:15-cv-01057-LB)