Michael R. Lozeau (CA Bar No. 142893)
    e-mail: michael@lozeaudrury.com
Richard T. Drury (CA Bar No. 163559)
    e-mail: richard@lozeaudrury.com
Rebecca L. Davis (State Bar No. 271662)
    e-mail: rebecca@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLS CONSERVATION NETWORK, a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, a federal agency; KAREN ARMES, in her official capacity, MARK GHILARDUCCI, in his official capacity; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; CITY OF OAKLAND, a California municipality; and EAST BAY REGIONAL PARK DISTRICT, a special district,<br><br>    Defendants. | Case No. 3:15-cv-01057-LB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Hon. Laurel Beeler |

```
For the reasons stated in the government's response at ECC No 122:
```

There being good cause shown, and in the interest of finality, Plaintiff Hills Conservation Network's request to dismiss this action with prejudice under the authority of Fed. R. Civ. P. 41(a)(2) is GRANTED.

[~~Proposed~~] Order of Dismissal – Case No. 3:15-cv-01057-LB                                                              1

1  This matter is HEREBY DISMISSED WITH PREJUDICE.  The Clerk is instructed to
2 close this case.
3  IT IS SO ORDERED.
4
5 Dated: ___October 17___, 2016                    _____
6                                                                   LAUREL BEELER
                                                                    United States Magistrate Judge